UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-15245 |
| NORTHWEST BANCORPORATION OF ILLINOIS, INC., | ) ) ) | Chapter: 11 |
| | ) | Honorable Carol Doyle |
| | ) ) | |
| Debtor(s) | ) | |

**FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASE**

Upon the motion (the "Motion") of the Reorganized Debtor (the "Reorganized Debtor") for entry of a final decree (the "Decree") closing the above-captioned bankruptcy case; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Reorganized Debtor's Estate has been fully administered within the meaning of section 350 of the Bankruptcy Code; and the Court having found that the Reorganized Debtor has satisfied all U.S. Trustee fees; and the Court having found that the Reorganized Debtor provided appropriate notice of the Motion and the opportunity for a hearing on the Motion; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED AND DECREED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned bankruptcy case shall be closed as provided in section 350 of the Bankruptcy Code and Bankruptcy Rule 3022, effective as of the date this order is entered.

3. Notwithstanding the possible applicability of Rules 6004(h), 7062, or 9014 of the Federal Rules of Bankruptcy Procedure or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  August 26, 2015

**Prepared by:**

James H.M. Sprayregen, P.C.
David R. Seligman, P.C.
Brad Weiland
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654